JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION,<br><br>             Plaintiff,<br>vs.<br><br>CYCLE CITY OF ERIE, INC., J. WILLIAM PUSTELAK, AUDREY PUSTELAK, GARY PUSTELAK, AND J. WILLIAM PUSTELAK,<br><br>             Defendants. | CASE NO. SACV 11-00613-JST (Ex)<br><br>**JUDGMENT** |

After consideration of Plaintiff's Application for Default Judgment, the Memoranda of Points and Authorities in support thereof, the Declarations of Talin Keshishian and Susan McFaul, and the pleadings of this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Kawasaki Motors Finance Corporation in the amount of **$83,729.75** against all Defendants, to be jointly and severally liable, in addition to costs, and in the amount of **$4,949.19** against Defendants Cycle City of Eric, Inc., J. William Pustelak, Audrey Pustelak, and J. William Pustelak, Inc.

DATED: Ocotober 19, 2011                    **JOSEPHINE STATON TUCKER**
                                            Honorable Josephine Staton Tucker
                                            **United States District Judge**

1